In the Matter of the Petition of ARTHUR W. PEACE to Prove the Last Will and Testament of LOUISA C. BONERT, Late of the County of Kings, Deceased. LUCILE C. BONERT, Appellant; ARTHUR W. PEACE, as Executor, etc., of LOUISA C. BONERT,

Deceased, OSWALD W. MURPHY, as Special Guardian for JAMES M. PRETT and Others, Infants, etc., Respondents.— Decree of the Surrogate's Court of the county of Kings admitting an instrument dated the 20th day of September, 1934, as the last will and testament of the decedent unanimously affirmed, in so far as an appeal is taken therefrom, with costs, payable out of the estate, to all parties appearing and filing briefs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.; Johnston, J., not voting.